Reset Form

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

① Jenny Goodwin
714 S. Coy
KCKS 66103

② Rebecca Nelson
2124 South 34th Street
K.C.K. 66106

(Enter above the full name of Plaintiff(s))

vs.

VJ : Nevin Dewar
Name

4326 APT 9 Mission Road
Street and number

Kansas City   KS   66103
City   State   Zip Code

(Enter above the full name and address of Defendant in this action - list the name and address of any additional Defendants on the back side of this sheet.)

Case Number: 2:23-cv-02207-DDC-ADM
(To be assigned by Clerk)

FILED
U.S. District Court
District of Kansas

MAY 08 2023

Clerk, U.S. District Court
By_____ Deputy Clerk

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. This employment discrimination lawsuit is based on (check only those that apply):

   [X] Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin.
   **NOTE**: *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

   [ ] Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age (age 40 or older).
   **NOTE**: *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

   [ ] American with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*, for employment discrimination on the basis of disability.
   **NOTE**: *In order to bring suit in federal district court under the American with*

1

*Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

[X] Other (Describe)

Verbal Abuse along with Hostile Work Conditions

2. If you are claiming that the discriminatory conduct occurred at a different location than the address provided for Defendant, please provide the following information:

_____
(Street Address) (City/County) (State) (Zip Code)

3. When did the discrimination occur? Please give the date or time period: ~~may~~ On ~~our~~ last day which was friday ~~May~~ 5, 2023

**ADMINISTRATIVE PROCEDURES**

4. Did you file a charge of discrimination against Defendant(s) with the Kansas State Division of Human Rights or the Kansas State Commission on Human Rights?

    [ ] Yes    Date filed: _____
    [X] No

5. Did you file a charge of discrimination against Defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

    [ ] Yes    Date filed: _____
    [X] No

6. Have you received a Notice of Right-to-Sue Letter?
    [ ] Yes  [X] No
    If yes, please attach a copy of the letter to this complaint.

7. If you are claiming *age discrimination*, check one of the following:

    [ ] 60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.
    [ ] fewer than 60 days have passed since I filed my charge of age discrimination with

the Equal Employment Opportunity Commission

## NATURE OF THE CASE

8. The conduct complained of in this lawsuit involves (check only those that apply):
   - [ ] failure to hire me
   - [x] termination of my employment
   - [ ] failure to promote me
   - [ ] failure to accommodate my disability
   - [ ] terms and conditions of my employment differ from those of similar employees
   - [ ] retaliation
   - [x] harassment
   - [ ] reduction in wages
   - [x] other conduct (specify):

   Withholding our ~~my~~ check on May 5, 2023

   Did you complain about this same conduct in your charge of discrimination?
   [x] Yes   [ ] No

9. I believe that I was discriminated against because of (check all that apply):
   - [x] my race or color, which is White
   - [ ] my religion, which is _____
   - [x] my national origin, which is White
   - [x] my gender, which is [ ] male; [x] female
   - [ ] my disability or perceived disability, which is _____
   - [ ] my age (my birth year is: _____)
   - [x] other: Called me White Trash

   Did you state the same reason(s) in your charge of discrimination?
   [x] Yes   [ ] No

10. State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful. It is not necessary to make legal arguments, or to cite cases or statutes.

Nevin Dewer claims to be an attorney and Holds his Authority over my head. Took my ADT away from me I did everything I was suppose to do and then some. Worked hours and NOT paid for the hours worked. Claims he lives in the Guetto Because I moved a "Black" lady from Catholic Charities upstairs from office.

_Not Paying Contractors_
_I Have Pictures of Mold growing in APTS with people living in them. I have proof of Tenants whitnessing Me Being yelled at and trying to explain to the owners something and I wouldn't be able to Answer. Also have what they call a Security Deposit Disposition Called me names Talk over me. Thinks everyone Should Do what is asked Everyday_

(Attach additional sheets as necessary).

11. The acts set forth in paragraph 10 of this complaint:
    - [ ] are still being committed by Defendant.
    - [x] are no longer being committed by Defendant.
    - [ ] may still be being committed by Defendant.

12. Plaintiff:
    - [ ] still works for Defendant
    - [x] no longer works for Defendant or was not hired

13. If this is a *disability-related claim*, did Defendant deny a request for a reasonable accommodation?
    - [ ] Yes
    - [x] No

    Explain: _____

    _____

## REQUEST FOR RELIEF

As relief from the allegations of discrimination as stated above, Plaintiff prays that the court grant the following relief to Plaintiff: (check any and all that apply)
- [ ] Defendant be directed to employ Plaintiff
- [ ] Defendant be directed to re-employ Plaintiff
- [ ] Defendant be directed to promote Plaintiff
- [ ] Defendant be directed to _____

4

☐ Injunctive relief (please explain): _____
☐ Monetary damages (please explain): _____
☒ Costs and fees involved in litigating this case
☐ As additional relief to make Plaintiff whole, Plaintiff

seeks: Pay and also _____

_____

and such other relief as may be appropriate, including attorney's fees, if applicable.

Signed this __8__ day of __May__, 20__23__.

_Rebecca Lynn Nelson_          _Goodwin_ (signature)
                                Signature of Plaintiff

Rebecca Lynn Nelson             Name (Print or Type)
2124 S. 34th Str.               _Jenny Goodwin_
K.C.K 66106                     Address
                                714 S. Coy
816-894-7854                    City State Zip Code
                                Kansas City KS 66103
nelsonrebecca124@gmail.com      Telephone Number
                                913-265-3734

**DESIGNATION OF PLACE OF TRIAL**   Harleygud72400@gmail.com

Plaintiff designates { ☐ Wichita, ☒ Kansas City, ☐ Topeka}, Kansas as the location for the trial in
                            (Select One Location)
this matter.
                                _Goodwin_ (signature)
                                Signature of Plaintiff

**REQUEST FOR TRIAL BY JURY**

Plaintiff requests trial by jury.   ☒ Yes   ☐ No
                                (Select One)
                                _Goodwin_ (signature)
                                Signature of Plaintiff

Dated: _8th of May 2023_
(Rev. 10/15)